[No. 20359-6-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
BENJAMIN MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-8-01478-9, Scott Neilson, J., entered January 31, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 20587-4-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
G. GARLINGHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00202-0, Joel M. Penoyar, J., entered April 12, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20828-8-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
MARTIN ALBAREZ-SALINAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00943-3, Arthur W. Verharen, J., entered June 13, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 32281-8-I.    Division One.    March 31, 1997.]

*In the Matter of the Personal Restraint of* DONALD
W. MINIKEN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.